**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


William-Joseph:Goulette

    v.                                              Civil No. 15-cv-379-SM

Service Credit Union


## REPORT AND RECOMMENDATION

Plaintiff did not respond to the February 19, 2016, Order
(doc. no. 8), directing him to file either a proof of service,
pursuant to Fed. R. Civ. P. 4(l); a waiver of service signed by
defendant; or a motion to extend time to effect service, by
March 14, 2016.  Plaintiff has not contacted the court in
connection with this action since October 5, 2015.

Accordingly, pursuant to Fed. R. Civ. P. 4(m) and Fed. R.
Civ. P. 41(b), the district judge should dismiss all claims
against Service Credit Union, without prejudice, and should
direct that judgment be entered and the case be closed.  Any
objections to this Report and Recommendation must be filed
within fourteen days of receipt of this notice.  See Fed. R.
Civ. P. 72(b)(2).  Failure to file objections within the
specified time waives the right to appeal the district court's

order.   See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15,
21-22 (1st Cir. 2014).


_____
Andrea K. Johnstone
United States Magistrate Judge

March 15, 2016

cc:  William-Joseph:Goulette, pro se

2